ACCEPTED
04-15-00570-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/11/2015 6:56:33 PM
KEITH HOTTLE
CLERK

04-15-00570-CV

No. _____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/11/15 6:56:33 PM
KEITH E. HOTTLE
Clerk

IN THE
COURT OF APPEALS FOR THE
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS
_____

PEVETO COMPANIES, LTD.
APPELLANT

VERSUS

FASA FRICTION LABORATORIES, INC.
APPELLEE
_____

APPEAL FROM THE DISTRICT COURT, 45TH JUDICIAL DISTRICT, BEXAR COUNTY, TEXAS
TRIED BY THE 288TH JUDICIAL DISTRICT COURT, BEXAR COUNTY, TEXAS
NO. 2011-CI-20405

## Motion for Extension of Time to File Notice of Appeal

NOW COMES Appellant Peveto Companies, Ltd. and files this Motion for Extension of Time to File Notice of Appeal, and in support thereof would respectfully show the Court as follows:

1. Appellant filed its Notice of Appeal with the above-referenced trial court on September 11, 2015. Simultaneously, Appellant is filing this Motion for Extension of Time pursuant to Texas Rule of Appellate Procedure 26.3 and in accordance with Texas Rule of Appellate Procedure 10.5(b).

{00040967 2}

2.   On June 10, 2015, Judge Sol Casseb of the 288th Judicial District Court, signed the Judgment in the above-referenced case.  On July 2, 2015, within thirty days of the date of the Judgment, Appellant filed a Motion for New Trial. On August 17, 2015, the trial court signed an order denying the Motion for New Trial.

3.   Appellant hired Mr. Barry McClenahan as additional trial counsel after this case was tried to a jury.  Mr. McClenahan, as well as Mr. Reed, one of Appellant's appellate counsel, have been preparing for trial in a different case, which was scheduled to resume on August 31, 2015.  On August 28, 2015, one of the Defendants in that case filed for bankruptcy, which resulted in urgent lift stay proceedings in the bankruptcy court, and resulted in the trial commencing on September 7, 2015.  Jury selection in that case is still underway.  Owing to these trial conflicts, Appellant's trial counsel and the undersigned counsel were unable to meet with Appellant regarding the representation of Appellant in connection with this appeal until after ninety days from the date of the Judgment.  This motion is supported by the affidavit of Barry McClenahan, which is attached hereto.

4.   Appellant filed its Notice of Appeal and is filing this Motion within fifteen days from the expiration of ninety days from the date of the Judgment, and within twenty-five days of the date the trial judge denied Appellant's Motion for New Trial.

5. This is Appellant's first request for an extension and the extension is not sought for delay, but so that justice may be had.

WHEREFORE Appellant prays that this Motion be granted such that Appellant's Notice of Appeal be considered timely filed on September 11, 2015, and that this Court award Appellant such other and further relief, both general and special, at law or in equity, to which Appellant may be entitled.

Respectfully submitted,

**PULMAN, CAPPUCCIO,
PULLEN, BENSON & JONES, LP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Leslie Sara Hyman*
　　Leslie Sara Hyman
　　Texas State Bar No. 00798274
　　lhyman@pulmanlaw.com
　　Ryan C. Reed
　　Texas State Bar No. 24065957
　　rreed@pulmanlaw.com

**THE MCCLENAHAN LAW FIRM, PLLC**
Barry A. McClenahan
Texas State Bar No. 13404400
1901 NW Military Hwy, Suite 218
San Antonio, Texas 78213
Telephone: (210) 525-9600
Facsimile: (210) 525-9602

**ATTORNEYS FOR APPELLANT
PEVETO COMPANIES, LTD.**

## CERTIFICATE OF SERVICE

I certify that on the 11th day of September 2015, the foregoing Motion for Extension of Time to File Notice of Appeal has been transmitted in accordance with the requirements of the Texas Rules of Appellate Procedure addressed as follows:

***Via E-Filing and E-mail to olopez@lopezscott.com:***

Mr. Orlando Lopez
Lopez Scott, L.L.C.
3707 N. St. Mary's Street, Suite 200
San Antonio, Texas 78212

***Via E-Filing and E-mail to jennifer@esproncedalaw.com:***

Ms. Jennifer L. Espronceda
Espronceda Law, P.L.L.C.
7800 I.H. 10 West, Suite 800
San Antonio, Texas 78501

***Via E-Filing and E-mail to marc@wojolaw.com:***

Mr. Marc J. Wojciechowski
Wojciechowski & Associates, P.C.
17447 Kuykendahl Road, Suite 200
Spring, Texas 77379

*/s/ Leslie Sara Hyman*
Leslie Sara Hyman